In the Matter of ISABELITA GONZALEZ, Appellant, et al., Petitioner, v DIVISION OF HOUSING AND COMMUNITY RENEWAL OF THE STATE OF NEW YORK et al., Respondents.

Submitted March 4, 2013; decided May 30, 2013

Motion for reargument denied [see 20 NY3d 1003 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

In the Matter of METROPOLITAN TRANSPORTATION AUTHORITY, Respondent. WASHED AGGREGATE RESOURCES, INC., Appellant.

Decided May 30, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

TEDDY MOORE, Appellant, v FRANK GUERRA, Defendant, and CHRISTOPHER BRAMWELL, Respondents.

Submitted April 1, 2013; decided May 30, 2013

Motion for reargument of motion for leave to appeal denied [see 20 NY3d 1000 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER DOCKERY, Also Known as JOHN HARRIS, Appellant.

Submitted May 6, 2013; decided May 30, 2013

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.